NUMBER
13-10-00647-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JOANNE M. OLSON,
INDIVIDUALLY 

AS WRONGFUL DEATH
BENEFICIARY 

OF ROBERT D. OLSON,
AND AS 

REPRESENTATIVE AND
EXECUTRIX 

OF THE ESTATE OF
ROBERT D. OLSON,                         APPELLANT,

 

                                                             v.

 

VALLEY REGIONAL
MEDICAL CENTER 

IN ITS ASSUMED OR
COMMON NAME; 

BROWNSVILLE-VALLEY
REGIONAL 

MEDICAL CENTER, INC.,


BROWNSVILLE-VALLEY
REGIONAL 

MEDICAL CENTER, INC.,
D/B/A VALLEY 

REGIONAL MEDICAL
CENTER; AND 

COLUMBIA VALLEY
HEALTHCARE SYSTEM, L.P.,         APPELLEES. 

 ____________________________________________________________

 

                           On
appeal from the 445th District Court 

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                               Before
Justices Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

                                                                  








This
cause is before the Court on appellees’ motion to dismiss appeal for want of
prosecution.  The appellant's brief in the above cause was due on February 18,
2011.  On March 3, 2011, the Clerk of the Court notified appellant that the
brief had not been timely filed and that the appeal was subject to dismissal
for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1),
unless within ten days from the date of receipt of this letter, appellant
reasonably explained the failure and the appellee was not significantly injured
by the appellant's failure to timely file a brief.  To date, no response has
been received from appellant.  

Appellant
has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. 
Accordingly, appellees’ motion to dismiss is GRANTED and the appeal is
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 38.8(a), 42.3(b)(c). 

PER
CURIAM

 

Delivered and filed the

14th day of April, 2011.